In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, on the Relation of GEORGE ALBERT WINGATE, as Surrogate of the County of Kings, Respondent, for Peremptory Order of Mandamus against FRANK J. TAYLOR, as Comptroller of the City of New York, THE BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF NEW YORK and FRANK J. TAYLOR, FIORELLO H. LAGUARDIA and Others, as Members of Said Board, Appellants.— Order granting petition to require the insertion in the budget of the city of New York for 1938 and the first half of 1939 of certain amounts as annual compensation for certain employees of the Surrogate's Court of Kings county and to require the providing of moneys for payment thereof, unanimously affirmed, with fifty dollars costs and disbursements. The appeal was from the entire order, which related to ten different places and amounts. The appeal was abandoned except as to one place and one amount. No question was raised in respect of practice or of parties either at Special Term or in this court. The question argued in respect of the power of the surrogate to fix the salary attacked and the question in respect of judicial review of the surrogate's exercise of that power are not open under the controlling decisions. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ. [166 Misc. 13.]

MENDEL JOELSON, Respondent, v. JACOB MAYERS, Appellant, and Others, Defendants.— Order denying motion to dismiss the complaint under rule 106, Rules of Civil Practice, upon the ground that it does not state facts sufficient to constitute a cause of action reversed on the law, with ten dollars costs and disbursements, and motion granted, with leave to serve an amended complaint within ten days from the entry of the order hereon. The complaint does not state facts which show that any misrepresentation was made by defendant Mayers to plaintiff, as a result of which plaintiff was induced to omit to assert any defense to the dispossess proceedings. If an amended complaint be served, it should be made more definite and certain in its averments and should contain a concise statement of facts. Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.